IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



PATRICIA A. WILLIAMS and
DAVID M. WILLIAMS

        Plaintiffs,

                                            CIVIL ACTION NO. 2:13cv131

PAMELA BETTENCOURT

        Defendant.

### ORDER

    Before the Court is Plaintiffs' motion to transfer this case from the Norfolk Division of the United States District Court for the Eastern District of Virginia to the Newport News Division of the Eastern District of Virginia because the case was removed from the Circuit Court of the City of Hampton to the United States District Court for the Eastern District of Virginia. The City of Hampton is located in the Newport News Division of the Eastern District of Virginia. The Defendant does not oppose the motion. Finding that this case has been improperly referred to the Norfolk Division, it is hereby **ORDERED** that this case be transferred to the Newport News Division for trial and disposition.

    The Court **DIRECTS** the Clerk to send a copy of this Order to the parties and their counsel.

    **IT IS SO ORDERED.**

Norfolk, Virginia
August 27, 2013

                                            Raymond A. Jackson
                                            United States District Judge